■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of MARION D. SCIPIONI, Petitioner, v CITY OF ROCHESTER, Respondent.—Determination unanimously confirmed and petition dismissed, without costs (see, State Div. of Human Rights v Stanmor Liq. Co., 107 AD2d 1056). (Proceeding pursuant to Executive Law § 298.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.